No. 879. COUNTY OF SANTA BARBARA ET AL. *v.* MALLEY ET AL. C. A. 9th Cir. Application for injunction pending appeal, presented to MR. JUSTICE DOUGLAS, and by him referred to the Court, denied. Certiorari denied. MR. JUSTICE DOUGLAS and MR. JUSTICE HARLAN took no part in the consideration or decision of this application and petition. *John J. Mitchell, Jr.,* and *Marvin Levine*

for applicant County of Santa Barbara, and *A. L. Wirin, Fred Okrand,* and *Lawrence R. Sperber* for applicants Weingand et al. Briefs in opposition were filed by: *Solicitor General Griswold* for Malley; *Charles A. Horsky* and *Philip K. Verleger* for Humble Oil & Refining Co. et al.; *Bruce A. Bevan, Jr., J. Patrick Whaley, Abe Krash, Daniel A. Rezneck,* and *Richard J. Wertheimer* for Sun Oil Co.; and *Warren Christopher, Allyn O. Kreps,* and *Richard H. Zahm* for Union Oil Co. of California et al. *Messrs. Mitchell* and *Levine* for petitioner County of Santa Barbara; and *Messrs. Wirin, Okrand, Sperber,* and *Lawrence Speiser* for petitioners Weingand et al.